# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF NORTH DAKOTA
# SOUTHWESTERN DIVISION

| | | |
|---|---|---|
| Vonnie Darin Darby, | ) | |
| | ) | |
| Plaintiff, | ) | |
| vs. | ) | Case No. 1:09-cv-004 |
| | ) | |
| Tim Schuetzle, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | **ORDER** |
| | ) | |
| Vonnie Darin Darby, | ) | |
| | ) | |
| Plaintiffs, | ) | |
| | ) | |
| vs. | ) | Case No: 1:09-cv-005 |
| | ) | |
| Tim Schuetzle, Warden, | ) | |
| | ) | |
| Defendant. | ) | |

On February 26, 2009, Plaintiff filed a document captioned "Reconsideration Request for Appointment of Counsel." Therein, he renewed his request for court-appointed counsel, averring that the court had abused its discretion when denying his initial request.

The court **DENIED** Plaintiff's request for reconsideration (Case No. 1:09-cv-004, Docket No. 10), finding there is no basis for reversing its earlier decision.

**IT IS SO ORDERED.**

Date this 27th day of February, 2009.

 */s/ Charles S. Miller, Jr.*
 Charles S. Miller, Jr.
 United States Magistrate Judge